IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICK R. ESTES, <br><br> Plaintiff, <br><br> vs. <br><br> AON RISK SERVICES COMPANIES, INC., <br><br> Defendant. | Civil Action No. 1:12-cv-03930-CAP |

**DEFENDANT AON RISK SERVICES
COMPANIES, INC.'S STIPULATION**

Pursuant to the hearing held on January 3, 2013 on Plaintiff's Motion for Preliminary Injunction Enjoining Enforcement of the Aon Covenants and this Court's January 4, 2013 Minute Entry, Defendant Aon Risk Services Companies, Inc., by its attorneys, hereby stipulates as follows:

Defendant Aon Risk Services Companies, Inc. and its affiliated companies (collectively, "Aon") agree not to enforce against Plaintiff Patrick R. Estes ("Estes"), now or in the future, the covenants contained in Sections 1(b) and 1(c) of the parties' Non-Solicitation Agreement entered into as of February 2010 (the "Agreement").

Aon also agrees not to enforce against Estes, now or in the future, the covenant contained in Section 3(a) of the Agreement with respect to confidential information that does not constitute a trade secret under Georgia law.  Aon and Estes each reserve all rights to make all arguments as to what does and does not constitute a trade secret under Georgia law.  Estes reserves the right to challenge the enforceability of Section 3(a) with respect to information that constitutes a trade secret under Georgia law.

Respectfully submitted, this 4th day of January, 2013.

| AGREED TO: | AGREED TO: |
|---|---|
| **Defendant Aon Risk Services Companies, Inc.** | **Plaintiff Patrick R. Estes** |
| By: */s/ R. Daniel Beale* | By: */s/ Edward B. Krugman* |
| R. Matthew Martin | Edward B. Krugman |
| Georgia Bar No. 473450 | Georgia Bar No. 429927 |
| R. Daniel Beale | Robert L. Ashe III |
| Georgia Bar No. 043880 | Georgia Bar No. 208077 |
| MCKENNA LONG & ALDRIDGE LLP | Tiana S. Mykkeltvedt |
| 303 Peachtree Street, Suite 5300 | Georgia Bar No. 533512 |
| Atlanta, Georgia 30308 | BONDURANT MIXSON & ELMORE LLP |
| rmmartin@mckennalong.com | 1201 W. Peachtree Street NW, Suite 3900 |
| dbeale@mckennalong.com | Atlanta, Georgia 30309 |
| Telephone: (404) 527-4000 | krugman@bmelaw.com |
| Facsimile: (404) 527-4198 | ashe@bmelaw.com |
|  | mykkeltvedt@bmelaw.com |
| -and- | Telephone: (404) 881-4100 |
|  | Facsimile: (404) 881-4111 |
| Brian J. Gold (IL Bar No. 6182709) |  |
| Jonathan D. Lotsoff  (IL Bar No. 6225493) | Attorneys for Plaintiff |
| Mary T. Weber (IL Bar No. 6292072) | Patrick R. Estes |
| Barbara R. Barreno (IL Bar No. 6305427) |  |
| All admitted *pro hac vice* |  |
| SIDLEY AUSTIN LLP |  |
| One South Dearborn Street |  |
| Chicago, Illinois 60603 |  |
| Telephone: (312) 853-7000 |  |
| Facsimile: (312) 853-7036 |  |
| bgold@sidley.com |  |
| jlotsoff@sidley.com |  |
| mweber@sidley.com |  |
| bbarreno@sidley.com |  |

Attorneys for Defendant
Aon Risk Services Companies, Inc.